# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 09/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Trustee Fees (FN6) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Bar Association, Section of Litigation ("SOL") | 01/09-01/11/2015 | Laguna Beach, CA | Winter Leadership Meeting | transportation, lodging, meals |
| 3. | New York University | 03/27-03/28/2015 | New York, NY | Admitted Students Program | transportation, lodging |
| 4. | State Bar of Texas | 06/18-06/18/2015 | San Antonio, TX | Annual Meeting | transportation, meals |
| 5. | American Bar Association, SOL | 10/08-10/09/2015 | Memphis, TN | Fall Leadership Meeting | transportation, lodging, meals |
| 6. | American Conference Institute | 10/28-10/31/2015 | New York, NY | Consumer Lending Program | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Atlas, Nancy F. | 09/19/2016 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | American Bar Association, SOL | 11/12-11/13/2015 | Chicago, IL | Women of SOL Conference | transportation, lodging, meals |
| 8. | Bill White | 10/9-10/11/2015 | Aspen, CO | Wedding | transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▓▓▓▓▓▓▓ | | None | K | T | | | | | |
| 2. AXA Equitable Universal Life Insurance | | None | J | T | Closed | 12/22/15 | L | | |
| 3. BBVA Compass Bank, Houston, TX | A | Interest | K | T | | | | | |
| 4. Blind Squirrel Partners LLC (FN 10) | | None | | | Merged (with line 124) | 01/01/15 | K | | |
| 5. Diamond Castle Partner IV, L.P. (FN 1) | A | Int./Div. | J | U | | | | | |
| 6. Dreyfus Appreciation Fund (FN 2) | E | Dividend | L | T | | | | | |
| 7. GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index FD | A | Int./Div. | J | T | Sold (part) | 07/20/15 | J | | |
| 8. | | | | | Sold (part) | 07/24/15 | J | | |
| 9. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 10. | | | | | Sold (part) | 02/17/15 | J | | |
| 11. IRA #2 | | | | | | | | | |
| 12. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index | C | Int./Div. | K | T | Buy (add'l) | 01/08/15 | J | | |
| 13. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 14. | | | | | Sold (part) | 07/20/15 | J | | |
| 15. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 16. -NFRA - MFC Flexshares Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | K | T | Buy (add'l) | 10/23/15 | K | | |
| 17. -NGREX - MFB Northern FDS Global Real Estate Index FD | B | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 22

Name of Person Reporting

Atlas, Nancy F.

Date of Report

09/19/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 02/20/15 | J | A | |
| 19. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 20. | | | | | Sold (part) | 10/21/15 | K | B | |
| 21. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | D | Interest | M | T | Buy (add'l) | 01/06/15 | J | | |
| 22. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 23. | | | | | Sold (part) | 09/16/15 | J | | |
| 24. | | | | | Buy (add'l) | 10/21/15 | L | | |
| 25. -NOBOX - MFB Northern FDS BD Index FD | C | Interest | L | T | Buy (add'l) | 01/06/15 | J | | |
| 26. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 27. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 28. | | | | | Sold (part) | 09/16/15 | K | | |
| 29. | | | | | Sold (part) | 10/21/15 | L | | |
| 30. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | B | Dividend | L | T | Buy (add'l) | 01/06/15 | J | | |
| 31. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 32. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 33. -NOINX - MFB Northern Intl Equity Index FD | D | Dividend | M | T | Buy (add'l) | 01/06/15 | J | | |
| 34. | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/20/15 | J | A | |
| 36. | | | | | Buy (add'l) | 09/16/15 | K | | |
| 37. -NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |
| 38. | | | | | Sold (part) | 07/20/15 | J | A | |
| 39. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 40. -NORXX - MFB Northern Funds Money Market Fund | A | Interest | K | T | | | | | |
| 41. -NOSIX - MFB Northern FDS STK Index FD | D | Dividend | N | T | Buy (add'l) | 01/06/15 | J | | |
| 42. | | | | | Sold (part) | 02/20/15 | J | B | |
| 43. | | | | | Sold (part) | 07/20/15 | J | A | |
| 44. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 45. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 46. -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Sold (part) | 07/20/15 | J | A | |
| 47. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 48. -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | K | T | Sold (part) | 09/16/15 | J | | |
| 49. IRA #3 | | | | | | | | | |
| 50. -GUNR - MFC Flexshares TR Morningstar Global Upstream Nat Res Index F | D | Int./Div. | M | T | Buy (add'l) | 01/09/15 | J | | |
| 51. | | | | | Buy (add'l) | 01/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 53. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 54. | | | | | Sold (part) | 07/20/15 | K | | |
| 55. | | | | | Buy (add'l) | 09/21/15 | J | | |
| 56. -NFRA - MFC Flexshares Tr Stock Global Broad Infrastructure Index FD | B | Dividend | M | T | Buy (add'l) | 01/14/15 | J | | |
| 57. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 58. | | | | | Buy (add'l) | 03/12/15 | J | | |
| 59. | | | | | Buy (add'l) | 07/23/15 | J | | |
| 60. | | | | | Buy (add'l) | 10/23/15 | L | | |
| 61. -NGREX - MFB Northern FDS Global Real Estate Index FD | C | Dividend | M | T | Buy (add'l) | 01/07/15 | J | | |
| 62. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 63. | | | | | Sold (part) | 02/20/15 | J | A | |
| 64. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 65. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 66. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 67. | | | | | Sold (part) | 10/21/15 | L | C | |
| 68. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | E | Interest | N | T | Buy (add'l) | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 70. | | | | | Buy (add'l) | 02/20/15 | K | | |
| 71. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 72. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 73. | | | | | Sold (part) | 09/16/15 | J | | |
| 74. | | | | | Buy (add'l) | 10/21/15 | M | | |
| 75. -NOBOX - MFB Northern FDS BD Index FD | D | Interest | M | T | Buy (add'l) | 01/07/15 | J | | |
| 76. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 77. | | | | | Buy (add'l) | 02/20/15 | K | | |
| 78. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 79. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 80. | | | | | Sold (part) | 09/16/15 | L | | |
| 81. | | | | | Sold (part) | 10/21/15 | M | A | |
| 82. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | C | Dividend | M | T | Buy (add'l) | 01/07/15 | J | | |
| 83. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 84. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 85. | | | | | Buy (add'l) | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 87. | | | | | Buy (add'l) | 09/16/15 | K | | |
| 88.  -NOINX - MFB Northern Intl Equity Index FD | E | Dividend | N | T | Buy (add'l) | 01/07/15 | J | | |
| 89. | | | | | Buy (add'l) | 01/12/15 | K | | |
| 90. | | | | | Buy (add'l) | 02/20/15 | K | | |
| 91. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 92. | | | | | Sold (part) | 07/20/15 | K | B | |
| 93. | | | | | Buy (add'l) | 09/16/15 | L | | |
| 94. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 95.  -NOMIX - MFB Northern Mid Cap Index FD | B | Dividend | M | T | Buy (add'l) | 01/07/15 | J | | |
| 96. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 97. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 98. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 99. | | | | | Sold (part) | 07/20/15 | J | A | |
| 100. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 101. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 102.  -NORXX - MFB Northern FDS Money Market FD | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -NOSIX - MFB Northern FDS STK Index FD | E | Dividend | N | T | Buy (add'l) | 01/07/15 | J | | |
| 104. | | | | | Buy (add'l) | 01/12/15 | L | | |
| 105. | | | | | Buy (add'l) | 02/20/15 | K | | |
| 106. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 107. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 108. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 109. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 110.  -NSIDX - MFB Northern FDS Small Cap Index FD | B | Dividend | L | T | Buy (add'l) | 01/07/15 | J | | |
| 111. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 112. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 113. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 114. | | | | | Sold (part) | 07/20/15 | J | A | |
| 115. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 116. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 117.  -TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index | A | Interest | L | T | Buy (add'l) | 01/14/15 | J | | |
| 118. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 119. | | | | | Buy (add'l) | 03/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/16/15 | J | | |
| 121. IRA #5 | | | | | | | | | |
| 122. -Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 123. Kinder Morgan Inc. (common) | A | Dividend | J | T | | | | | |
| 124. Nexus BSP LLC (FN10) | D | Royalty | L | U | | | | | |
| 125. Nexus Resources LLC Preferred (FN10) | | None | | | Merged (with line 124) | 01/01/15 | K | | |
| 126. NFRA - MFC Tr Stoxx Global Broad Infrastructure Index FD | A | Dividend | J | T | Sold (part) | 07/24/15 | J | A | |
| 127. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 128. | | | | | Sold (part) | 12/17/15 | J | | |
| 129. NGREX - MFB Northern FDS Global Real Estate Index FD | A | Dividend | J | T | Sold (part) | 02/20/15 | J | A | |
| 130. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 131. | | | | | Sold (part) | 07/22/15 | J | A | |
| 132. | | | | | Sold (part) | 10/21/15 | J | A | |
| 133. | | | | | Sold (part) | 12/15/15 | J | | |
| 134. NHFIX - MFB Northern Hi Yield Fxd Inc. FD | C | Interest | K | T | Buy (add'l) | 02/20/15 | J | | |
| 135. | | | | | Sold (part) | 07/22/15 | K | | |
| 136. | | | | | Buy (add'l) | 10/21/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/15/15 | K | | |
| 138. NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | Sold (part) | 07/20/15 | J | | |
| 139. | | | | | Sold (part) | 07/22/15 | J | | |
| 140. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 141. | | | | | Sold (part) | 12/15/15 | J | | |
| 142. NOINX - MFB Northern Intl Equity Index FD | A | Dividend | K | T | Buy (add'l) | 02/20/15 | J | | |
| 143. | | | | | Sold (part) | 07/20/15 | J | | |
| 144. | | | | | Sold (part) | 07/22/15 | K | B | |
| 145. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 146. | | | | | Sold (part) | 12/15/15 | J | A | |
| 147. NOITX - MFB Northern FDS Inter Tax Exempt FD | C | Interest | L | T | Buy (add'l) | 02/20/15 | J | | |
| 148. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 149. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 150. | | | | | Sold (part) | 07/22/15 | L | | |
| 151. | | | | | Sold (part) | 09/16/15 | K | | |
| 152. | | | | | Sold (part) | 10/21/15 | K | | |
| 153. | | | | | Sold (part) | 12/15/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NOMIX - MFB Northern Mid Cap Index FD | A | Dividend | J | T | Sold (part) | 06/22/15 | J | A | |
| 155. | | | | | Sold (part) | 07/22/15 | J | B | |
| 156. | | | | | Sold (part) | 12/15/15 | J | A | |
| 157. NOMXX - MFB Northern Funds Mun Money Mkt | A | Interest | J | T | | | | | |
| 158. NOSIX - MFB Northern FDS STK Index FD | B | Dividend | L | T | Sold (part) | 02/20/15 | J | A | |
| 159. | | | | | Sold (part) | 06/22/15 | J | B | |
| 160. | | | | | Sold (part) | 07/22/15 | K | D | |
| 161. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 162. | | | | | Sold (part) | 12/15/15 | K | C | |
| 163. NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | Sold (part) | 06/22/15 | J | A | |
| 164. | | | | | Sold (part) | 07/22/15 | J | A | |
| 165. | | | | | Sold (part) | 12/15/15 | J | A | |
| 166. Roth IRA #1 | | | | | | | | | |
| 167. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 168. -Vanguard Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 169. -Vanguard Treasury Money Market Fund | | None | J | T | | | | | |
| 170. SEP IRA #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -NHFIX - MFB Northern Hi Yield Fxd Inc. FD | A | Interest | J | T | | | | | |
| 172. -NOEMX - MFB Northern FDS Emerging Mkts Equity Index FD | A | Dividend | J | T | | | | | |
| 173. -NOINX-Northern Intl Equity Index FD | A | Dividend | J | T | | | | | |
| 174. -NORXX - MFB Northern FDS Money Market FD | | None | J | T | | | | | |
| 175. -NOSIX - MFB Northern FDS STK Index FD | A | Dividend | K | T | | | | | |
| 176. -NSIDX - MFB Northern FDS Small Cap Index FD | A | Dividend | J | T | | | | | |
| 177. ▬▬▬▬▬ | A | Interest | J | T | | | | | |
| 178. TDTT - MFC Flexshares TR IBOXX 3 Yr Target Duration TIPS Index FD | A | Interest | J | T | Sold (part) | 07/24/15 | J | | |
| 179. | | | | | Sold (part) | 12/17/15 | J | | |
| 180. TPG Partners V, L.P. (FN 3) | D | Int./Div. | K | U | | | | | |
| 181. ▬ 401(K) | | | | | | | | | |
| 182. ▬ 401(K) Actively Managed Bond Fund (FN4) | | None | M | T | | | | | |
| 183. ▬ 401(K) PIMCO Total Ret-Inst (FN 4) | | None | | | Sold | 01/16/15 | M | | |
| 184. ▬ 401(K) Vanguard Infl-Prot Secs (FN 4) | | None | N | T | Buy (add'l) | 01/21/15 | K | | |
| 185. | | | | | Buy (add'l) | 07/22/15 | K | | |
| 186. | | | | | Sold | 12/31/15 | N | | |
| 187. ▬ 401(K) Vanguard Institutional Index (FN 4) | | None | O | T | Sold (part) | 07/22/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/31/15 | O | | |
| 189. ____401(K) Vanguard Mid Cap Index (FN 4) | | None | N | T | Sold (part) | 01/21/15 | K | | |
| 190. | | | | | Buy (add'l) | 07/22/15 | L | | |
| 191. | | | | | Sold | 12/31/15 | N | | |
| 192. ____401(K) Vanguard Total International Stock Index (FN 4) | | None | O | T | Sold | 12/31/15 | O | | |
| 193. VFF II FAF L.P. (FN 5) | | None | M | U | | | | | |
| 194. Wegoma Berkshire VII, L.P. (FN 7) | C | Int./Div. | K | W | | | | | |
| 195. TRUST 1 | | | | | | | | | |
| 196. -Dreyfus Appreciation Fund (FN 2) | G | Dividend | O | T | | | | | |
| 197. TRUST 2 (Y) | | | | | | | | | |
| 198. TRUST 3 (Y) | | | | | | | | | |
| 199. TRUST 4 (FN 8) | | | | | | | | | |
| 200. -BBVA Compass Bank, Houston, TX Acct. #6 | | None | J | T | | | | | |
| 201. -Pacific Life Ins. (variable life) (FN 8) | | | | | | | | | |
| 202. --Batterymarch Fin. Mgemt. Inc. Int'l Small Cap (FN 8) | | | J | T | | | | | |
| 203. --ClearBridge Invs. LLC Var Mid Cap Core CL II (FN 8) | | | K | T | | | | | |
| 204. --Equity Index - BlackRock (FN 8) | | | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Fidelity VIP Money Market FC (FN 8) | | | J | T | | | | | |
| 206. --Franklin and BlackRock Small-Cap Equity (FN 8) | | | K | T | | | | | |
| 207. --MFS Inv Mgemt. Int'l Large-Cap (FN 8) | | | L | T | | | | | |
| 208. --Morgan Stanley Real Estate (FN 8) | | | J | T | | | | | |
| 209. --Oppenheimer Funds Inc. Emerging Markets (FN 8) | | | K | T | | | | | |
| 210. --Pacific Asset Mgemt High Yield Bond (FN 8) | | | K | T | | | | | |
| 211. --PIMCO Inflation Managed (FN 8) | | | J | T | | | | | |
| 212. --PIMCO Managed Bond (FN 8) | | | K | T | | | | | |
| 213. --T Rowe Price Dividend Growth Portfolio (FN 8) | | | K | T | | | | | |
| 214. --Van Eck Worldwide Ins. Trust VIP Global Hard Assets (FN 8) | | | J | T | | | | | |
| 215. --VIP Money Market SC - Fidelity (FN 8) | | | | T | | | | | |
| 216. TRUST 5 | | | | | | | | | |
| 217. -American General Life Ins. Co. (Universal Life Ins.) | | None | O | T | | | | | |
| 218. -Lincoln National (Universal Life Ins.) | | None | N | T | | | | | |
| 219. -Vanguard Index Trust 500 Portfolio | A | Dividend | K | T | | | | | |
| 220. TRUST 6 | | | | | | | | | |
| 221. -Baltimore Cnty MD 4% 08-01-2020 BEO | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Carroll Cnty MD 5% 11-01-2021 BEO | B | Interest | K | T | | | | | |
| 223. -Denver COLO City & Cnty Sch Dist No 1 5% 12-01-2021 BEO | B | Interest | K | T | | | | | |
| 224. -Fairfax Cnty VA 5% 04-01-2020 BEO | B | Interest | K | T | | | | | |
| 225. -Florida St Brd Ed Lottery rev 5.25% 07-1-2026 BEO | B | Interest | J | T | Sold | 01/08/15 | L | C | |
| 226. -Florida St. Brd Ed Pub Ed 4% 06-01-2023 BEO | A | Interest | J | T | Sold | 01/08/15 | L | B | |
| 227. -Fort Lauderdale FLA 3% 01-01-2015 BEO | A | Interest | J | T | Matured | 01/02/15 | K | | |
| 228. -Kansas St Dev Fin Auth Rev 5% 02-01-2021 BEO | B | Interest | K | T | | | | | |
| 229. -Massachusetts St. 4% 08-01-2019 BEO | B | Interest | L | T | | | | | |
| 230. -Minnesota St 5% 10-01-2020 BEO ) | B | Interest | K | T | | | | | |
| 231. -New Jersey St Transn Tr Fd Auth 5.25% 12-15-2020 BEO | A | Interest | J | T | Sold | 03/12/15 | K | A | |
| 232. -New York NY 5% 08-01-2020 BEO | B | Interest | J | T | Sold | 01/08/15 | L | B | |
| 233. -New York NY City Transitional Fin Auth Rev 5% 05-01-2028 BEO | B | Interest | K | T | | | | | |
| 234. -New York St Dorm Auth St Pers Income Tax Rev 5% 12-15-2020 BEO | B | Interest | K | T | | | | | |
| 235. -NOEMX: MFB Northern Funds Emerging Mkts Eqty Eqty Index Fd | B | Dividend | J | T | Buy (add'l) | 01/05/15 | K | | |
| 236. | | | | | Sold (part) | 01/14/15 | K | | |
| 237. | | | | | Sold (part) | 12/31/15 | L | | |
| 238. -NOINX: MFB Northern Intl Equity Index FD | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -NOMXX: MFB Northern FDS Mun Money Mkt FD | A | Interest | K | T | | | | | |
| 240. -North Kansas City MO Sch Dist No 74 5% 03-01-2019 BEO | B | Interest | L | T | | | | | |
| 241. -NOSIX: MFB Northern FDS STK Index Fd | C | Dividend | M | T | Buy (add'l) | 01/14/15 | K | | |
| 242. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 243. -Ohio State 5% 08-01-2020 BEO | B | Interest | J | T | Sold | 01/08/15 | L | B | |
| 244. -PCRIX: MFO PIMCO Fds Pac Invt Mgmt Ser Commodity RealReturn Strat | A | Dividend | J | T | Sold | 12/16/15 | J | | |
| 245. -Pennsylvania St 5% 05-01-2020 BEO | B | Interest | L | T | | | | | |
| 246. -Phoenix Ariz Civic Impt Corp Tran Excise Tax Rev 5% 07-1-2019 BEO | B | Interest | K | T | | | | | |
| 247. -Real Property, Travis Cty, TX | | None | N | W | | | | | |
| 248. -TDTT: MFC Flexshares Tr Iboxx 3 yr Target Duration Tips Index Fd | A | Interest | K | T | | | | | |
| 249. -Triborough Brdg & Tunl Auth NY Revs 5% 11-15-2021 BEO | A | Interest | J | T | Sold | 01/08/15 | L | A | |
| 250. TRUST 7 | | | | | | | | | |
| 251. -GUNR: MFC Flexshares TR Mrnngstr Global Upstrm Nat Res Index FD | C | Int./Div. | K | T | Sold (part) | 01/07/15 | K | | |
| 252. -NFRA: MFC Flexshares Tr Stoxx Global Broad Infrstrcture Index FD | B | Dividend | K | T | | | | | |
| 253. -NGREX: MFB Northern FDS Global Real Estate Index FD | B | Dividend | L | T | Sold (part) | 01/05/15 | K | B | |
| 254. -NHFIX: MFB Northn Hi Yield Fxd Inc FD | C | Interest | L | T | | | | | |
| 255. -NOEMX: MFB Northn Funds Emerging Mkts Eqty Eqty Index FD | B | Dividend | J | T | Sold (part) | 01/05/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/31/15 | L | | |
| 257.  -NOINX: MFB Northn Intl Eqty Index FD | C | Dividend | M | T | Sold (part) | 01/05/15 | L | | |
| 258.  -NOMIX: MFB Northn Mid Cap Index FD | B | Dividend | L | T | Buy (add'l) | 12/18/15 | J | | |
| 259.  -NOMXX: MFB Northern FDS Mun Money Mkt FD | A | Interest | K | T | | | | | |
| 260.  -NOSIX: MFB Northern FDS Stk Index FD | C | Dividend | N | T | Sold (part) | 01/05/15 | K | D | |
| 261. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 262.  -NSIDX: MFB Northern FDS Small Cap Index FD | A | Dividend | K | T | Buy | 12/18/15 | J | | |
| 263.  -Real Property, Travis Cy, TX | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 09/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of either their invitation to attend the event or the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. On 11/20/14, my entire interest was sold, and all but an amount within category J was distributed to me. This year, the rest was distributed, so the year-end value was $0.

(2) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my personal account.

(3) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. There were no capital calls this year.

(4) Although my spouse left the employ of his employer in 2006, he continues to participate in the employer's Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during my spouse's employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The investment manager of the Plan from Jan. 1 to Dec. 31, 2015, was Advised Assets Group, LLC with Empower Retirement as the recordkeeper. At the end of Dec. 31, 2015, the recordkeeper became Vanguard Professional Investment Management Services, which provided professional management services. My husband has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the limited discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends or the amount of capital gains on sale of shares in the fund. The 2015 recordkeeper informed my spouse that they cannot provide me with this information.

(5) Vista Equity Partners' VFF II FAF, L.P. is a private equity fund. In response to periodic capital calls, we invested an amount within category J on 1/5, 2/3, 4/1, 5/6, 6/29, 7/7 and 7/9/15; and category K on 9/3, 12/2, and 12/28/15.

(6) I inadvertently omitted from my 2013 and 2014 reports the income my spouse received in 2013 and 2014 as trustee fees from family trusts and from expert witness consulting, mediation, arbitration and a legal consulting business (

(7) Wegoma Berkshire VII, L.P. is a private equity fund. In response to periodic capital calls, we invested an amount within category J on 6/25/15 and 8/26/15. The final K-1 was not received until after the due date for my report. That K-1 reflected income that fell into an income code lower than the income code cited in the original report, which was based on an estimate contained in a preliminary K-1 used to prepare the original report.

(8) For all the assets in Trust 4 except BBVA Compass Bank, Pacific Life Insurance Co. informed my spouse that it cannot provide the income for any year. Company representatives explained that because I hold an interest in funds in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, according to the company, under applicable government regulations an insurance policy is considered an asset, not an investment.

(9) Loans were made on the three listed dates in column D..

(10) On 1/1/15, Blind Squirrel Partners consolidated with Nexus Resources LLC to form Nexus BSP LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544